# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:16-cv-00554-MMH-PDB
### Internal Use Only

| | |
|---|---|
| Gray v. The City of Jacksonville, Florida et al | Date Filed: 05/05/2016 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Patricia D. Barksdale | Nature of Suit: 890 Other Statutory Actions |
| Cause: 18:2721 Driver's Privacy Protection Act | Jurisdiction: Federal Question |

**Plaintiff**

**Jeffrey Marcus Gray**
*an individual*

represented by **Andrew Michael Bonderud**
The Bonderud Law Firm, PA
301 W. Bay Street #1433
Jacksonville, FL 32202
904/438-8082
Fax: 904/800-1482
Email: bonderudlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of Jacksonville, Florida**
*a body politic and corporate*

represented by **Stephen J. Powell**
City of Jacksonville
Office of General Counsel
St James Bldg - Suite 480
117 W Duval St
Jacksonville, FL 32202
904/630-1847
Fax: 904/630-1316
Email: SPowell@coj.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas E. Smith**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph H. Sarria**
*individually*

represented by **Stephen J. Powell**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew L. Kaski**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael P. Natalzia**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phillip Wong**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Lee Payton, Jr.**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Harold Bradley**
*individually*

represented by **Stephen J. Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2016 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 400 receipt number JAX20193) filed by Jeffrey Marcus Gray. (Attachments: # 1 Civil Cover Sheet)(AET) (Entered: 05/06/2016) |
| 05/09/2016 | 2 | **NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/9/2016. (Attachments: # 1 Case Management Report Form, # 2 Consent Letter and Form)(JW)** (Entered: 05/09/2016) |
| 05/10/2016 | 3 | NOTICE: Based upon the parties' filings, the Court is satisfied of the existence of subject matter jurisdiction over this action.(BGK) (Entered: 05/10/2016) |

| | | |
|---|---|---|
| 05/16/2016 | 4 | WAIVER of service returned executed on May 11, 2016 by Jeffrey Marcus Gray as to The City of Jacksonville, Florida. (Bonderud, Andrew) Modified on 5/18/2016 Counsel advised to place the case number on all future documents (AET). (Entered: 05/16/2016) |
| 05/24/2016 | 5 | WAIVER of service returned executed on May 19, 2016 by Jeffrey Marcus Gray as to Matthew L. Kaski. (Bonderud, Andrew) (Entered: 05/24/2016) |
| 05/27/2016 | 6 | WAIVER of service returned executed on May 24, 2016 by Jeffrey Marcus Gray as to Richard Lee Payton, Jr. (Bonderud, Andrew) (Entered: 05/27/2016) |
| 05/27/2016 | 7 | WAIVER of service returned executed on May 24, 2016 by Jeffrey Marcus Gray as to Phillip Wong. (Bonderud, Andrew) (Entered: 05/27/2016) |
| 05/27/2016 | 8 | WAIVER of service returned executed on May 24, 2016 by Jeffrey Marcus Gray as to Jason Harold Bradley. (Bonderud, Andrew) (Entered: 05/27/2016) |
| 05/27/2016 | 9 | WAIVER of service returned executed on May 24, 2016 by Jeffrey Marcus Gray as to Joseph H. Sarria. (Bonderud, Andrew) (Entered: 05/27/2016) |
| 05/27/2016 | 10 | WAIVER of service returned executed on May 23, 2016 by Jeffrey Marcus Gray as to Douglas E. Smith. (Bonderud, Andrew) (Entered: 05/27/2016) |
| 06/13/2016 | 11 | WAIVER of service returned executed on June 13, 2016 by Jeffrey Marcus Gray as to Michael P. Natalzia. (Bonderud, Andrew) (Entered: 06/13/2016) |
| 07/19/2016 | 12 | MOTION to Sever *Plaintiff's Claims* by Jason Harold Bradley, Matthew L. Kaski, Michael P. Natalzia, Richard Lee Payton, Jr, Joseph H. Sarria, Douglas E. Smith, The City of Jacksonville, Florida, Phillip Wong. (Powell, Stephen) (Entered: 07/19/2016) |
| 08/03/2016 | 13 | RESPONSE in Opposition re 12 MOTION to Sever *Plaintiff's Claims* filed by Jeffrey Marcus Gray. (Bonderud, Andrew) (Entered: 08/03/2016) |
| 08/03/2016 | 14 | CERTIFICATE of interested persons and corporate disclosure statement re 2 Related case order and track 2 notice by Jeffrey Marcus Gray. (Bonderud, Andrew) (Entered: 08/03/2016) |
| 10/04/2016 | 15 | CASE MANAGEMENT REPORT. (Bonderud, Andrew) (Entered: 10/04/2016) |