UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.                                      Case No. 3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, et al.,

    Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Sever Plaintiff's Claims (Dkt. No. 12; Motion) filed on July 19, 2016. In the Motion, Defendants seek an order severing the claims brought by the Plaintiff into separate actions. See Motion at 1. Plaintiff objects to the relief requested in the Motion. See Plaintiff's Response in Opposition to Defendants' Motion to Sever Plaintiff's Claims (Dkt. No. 13; Response). Upon due consideration of the Motion and Response, it is **ORDERED**:

Defendants' Motion to Sever Plaintiff's Claims (Dkt. No. 12) is **DENIED without prejudice**. Defendants may file a renewed motion to sever for purposes of trial if appropriate after the close of discovery.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record