UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JEFFREY MARCUS GRAY,

      Plaintiff,

v.                                Case No.: 3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, a body politic and corporate,
DOUGLAS E. SMITH, individually,
JOSEPH H. SARRIA, individually,
MATTHEW L. KASKI, individually,
MICHAEL P. NATALZIA, individually,
PHILLIP WONG, individually,
RICHARD LEE PAYTON, JR., individually,
and
JASON HAROLD BRADLEY, individually.

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      Defendants hereby disclose the following pursuant to this Court's interested persons

order:

      1.)      the name of each person, attorney, association of persons, firm, law firm,
            partnership, and corporation that has or may have an interest in the outcome of
            this action – including subsidiaries, conglomerates, affiliates, parent corporations,
            publicly-traded companies that own 10% or more of a party's stock, and all other
            identifiable legal entities related to *any* party in the case:

            Jeffrey Marcus Gray

            Andrew M. Bonderud, Esq.
            The Bonderud Law Firm, P.A.

City of Jacksonville, Florida

Office of General Counsel, City of Jacksonville
Stephen J. Powell, Esq.

Douglas E. Smith
Joseph H. Sarria
Matthew L. Kaski
Michael P. Natalzia
Phillip Wong
Richard Lee Payton, Jr.
Jason Harold Bradley

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may
       be substantially affected by the outcome of the proceedings:

       N/A

3.)    the name of every other entity which is likely to be an active participant in the
       proceedings, including the debtor and members of the creditors' committee (or
       twenty largest unsecured creditors) in bankruptcy cases:

       Jacksonville Sheriff's Office

4.)    the name of each victim (individual or corporate) of civil and criminal conduct
       alleged to be wrongful, including every person who may be entitled to restitution:

       Jeffrey Marcus Gray


       I hereby certify that, except as disclosed above, I am unaware of any actual or potential
conflict of interest involving the district judge and magistrate judge assigned to this case, and
will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

/s/ *Stephen J. Powell*

**STEPHEN J. POWELL**
**ASSISTANT GENERAL COUNSEL**
Florida Bar No.: 305881
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
904-630-1847; 904-630-1316 (fax)
spowell@coj.net
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ *Stephen J. Powell*
**STEPHEN J. POWELL, ESQ.**

3