UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.                                                         Case No.: 3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, a body politic and corporate,
DOUGLAS E. SMITH, individually,
JOSEPH H. SARRIA, individually,
MATTHEW L. KASKI, individually,
MICHAEL P. NATALZIA, individually,
PHILLIP WONG, individually,
RICHARD LEE PAYTON, JR., individually,
and
JASON HAROLD BRADLEY, individually.

    Defendants.
_____/

**DEFENDANTS' ANSWER AND DEFENSES**

Defendants hereby answer and defend the Complaint herein (Doc. 1), as follows:

1.     Admitted for jurisdictional purposes only; otherwise, denied.

2.     Admitted for jurisdictional purposes only; otherwise, denied.

3.     Admitted for venue purposes only; otherwise, denied.

4.     Without knowledge; therefore, denied.

5.     Admitted.

6.     Admitted.

7.     Admitted.

8.     Admitted.

9.     Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

## General Allegations

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

17. Without knowledge; therefore, denied.

## Count I

18. Defendants City of Jacksonville and Smith re-allege their responses to paragraphs 1 through 17, as if set forth in full.

19. Denied.

20. Denied.

## Count II

21. Defendants City of Jacksonville and Sarria re-allege their responses to paragraphs 1 through 17, as if set forth in full.

22. Denied.

23. Denied.

## Count III

24. Defendants City of Jacksonville and Kaski re-allege their responses to paragraphs 1 through 17, as if set forth in full.

25. Denied.

26. Denied.

## Count IV

27. Defendants City of Jacksonville and Natalzia re-allege their responses to paragraphs 1 through 17, as if set forth in full.

28. Denied.

29. Denied.

## Count V

30. Defendants City of Jacksonville and Wong re-allege their responses to paragraphs 1 through 17, as if set forth in full.

31. Denied.

32. Denied.

## Count VI

33. Defendants City of Jacksonville and Payton re-allege their responses to paragraphs 1 through 17, as if set forth in full.

34. Denied.

35. Denied.

## Count VII

36. Defendants City of Jacksonville and Bradley re-allege their responses to paragraphs 1 through 17, as if set forth in full.

37. Denied.

38. Denied.

## AFFIRMATIVE, SPECIAL AND/OR ALTERNATIVE DEFENSES

1. Defendants allege that Plaintiff's Complaint fails to state any claims upon which relief can be granted under 18 U.S.C. §2721, *et. seq.*, otherwise known as the Drivers Privacy Protection Act.

2. The City is not liable as a matter of law for Plaintiff's claims where the allegations seek to hold the City responsible based on vicarious liability, or *respondeat superior*, or where the allegations or proof demonstrate mere negligence.

3. The City asserts that it did not, with actual or constructive knowledge, permit and facilitate the individual Defendants to obtain and/or use Plaintiff's personal information from the DAVID system for an unauthorized and illegal purpose.

4. At all times relevant, the individual Defendants were acting within the scope of their employment as police officers employed by the Jacksonville Sheriff's Office and were not violating a clearly established law of which a reasonable law enforcement officer would have been aware. Accordingly, Defendants Smith, Sarria, Kaski, Natalzia, Wong, Payton, and Bradley are entitled to qualified immunity in their individual capacities.

5. At all times relevant, the individual Defendants acted reasonably within the scope of their employment and with a good faith belief that their actions were lawful and proper.

6. All actions of the individual Defendants pertaining to Plaintiff's personal information on the DAVID system were taken in furtherance of a legitimate law enforcement function and were, therefore, permissible under §2721(b)(1) of the Drivers Privacy Protection Act.

7. The individual Defendants assert that they did not knowingly obtain or disclose Plaintiff's personal information from the DAVID system for an unauthorized and illegal purpose.

8. Defendants caused no damage to Plaintiff and any recovery on the claims asserted should be barred or nominal.

9. Plaintiff has not alleged facts sufficient to support an award of punitive damages against any of the individual Defendants.

10. Defendants deny all paragraphs, including all sub-parts, and allegations in Plaintiff's Complaint not herein specifically admitted or denied.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

/s/ *Stephen J. Powell*
**STEPHEN J. POWELL, ESQ.**
CHIEF, TORT & EMPLOYMENT LITIGATION
Florida Bar No.: 305881
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
904-630-1847; 904-630-1316 (fax)
spowell@coj.net
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ *Stephen J. Powell*
**STEPHEN J. POWELL, ESQ.**