UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.                                                              Case No.: 3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, a body politic and corporate,
DOUGLAS E. SMITH, individually,
JOSEPH H. SARRIA, individually,
MATTHEW L. KASKI, individually,
MICHAEL P. NATALZIA, individually,
PHILLIP WONG, individually,
RICHARD LEE PAYTON, JR., individually,
and
JASON HAROLD BRADLEY, individually.

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO INDIVIDUAL DEFENDANTS ONLY**

All parties who have appeared in this action, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims asserted herein against the <u>individual defendants only</u>: Douglas E. Smith, Joseph H. Sarria, Matthew L. Kaski, Michael P. Natalzia, Phillip Wong, Richard Lee Payton, Jr., and Jason Harold Bradley.  Each party shall be responsible for their respective attorney's fees and costs.

Dated:  March 7, 2017

Respectfully submitted,

| | |
|---|---|
| **THE BONDERUD LAW FIRM, P.A.** | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE** |
| */s/ Andrew Bonderud* | */s/ Stephen J. Powell* |
| Andrew M. Bonderud, Esq. | Stephen J. Powell, Esq. |

| | |
|---|---|
| Florida Bar No. 102178 | Florida Bar No. 305881 |
| 301 W. Bay Street, #1433 | 117 W. Duval Street, Suite 480 |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| (904) 438-8082 (telephone) | 904-630-1847 (telephone) |
| (904) 800-1482 (facsimile) | 904-630-1316 (facsimile) |
| E-Mail: BonderudLaw@gmail.com | spowell@coj.net |
| *Counsel for Plaintiff* | *Counsel for Defendant COJ* |