UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.       Case No.   3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice as to Individual Defendants Only (Dkt. No. 21; Stipulation) filed on March 7, 2017. In the Stipulation, the parties request dismissal, with prejudice, of the claims raised by Plaintiff against the individual Defendants. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff against Defendants Douglas E. Smith, Joseph H. Sarria, Matthew L. Kaski, Michael P. Natalzia, Phillip Wong, Richard Lee Payton, Jr., and Jason Harold Bradley are **DISMISSED with prejudice**.

2. Each party shall bear their own respective attorney's fees and costs.

3. The Clerk of the Court is directed to terminate these Defendants from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of March, 2017.

                                              MARCIA MORALES HOWARD
                                              United States District Judge

ja

Copies to:

Counsel of Record