UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.                                                  Case No.: 3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA, a body politic and corporate,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this cause with prejudice. Each party shall be responsible for their respective attorney's fees and costs.

Dated: June 19, 2017.

Respectfully submitted,

| | |
|---|---|
| **THE BONDERUD LAW FIRM, P.A.** | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE** |
| */s/ Andrew Bonderud* | */s/ Stephen J. Powell* |
| Andrew M. Bonderud, Esq. | Stephen J. Powell, Esq. |
| Florida Bar No. 102178 | Florida Bar No. 305881 |
| 301 W. Bay Street, #1433 | 117 W. Duval Street, Suite 480 |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |
| (904) 438-8082 (telephone) | 904-630-1847 (telephone) |
| (904) 800-1482 (facsimile) | 904-630-1316 (facsimile) |
| E-Mail: BonderudLaw@gmail.com | E-mail: spowell@coj.net |
| *Counsel for Plaintiff* | *Counsel for Defendant City* |