UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MARCUS GRAY,

    Plaintiff,

v.                                                            Case No.   3:16-cv-554-J-34PDB

THE CITY OF JACKSONVILLE,
FLORIDA,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on June 19, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their respective attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of June, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record